COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

IN THE INTEREST OF I.L., A CHILD.    §

§

§

§

No. 08-08-00049-CV

Appeal from the

65th Judicial District Court

of El Paso County, Texas

(TC# 2003CM5921)

## MEMORANDUM  OPINION

Rigoberto Lerma attempts to appeal from the trial court's ruling, granting a petition to terminate his parental rights.  Finding that the trial court has not entered a final order in the case, we dismiss the appeal for want of jurisdiction.

The trial court orally granted a petition terminating Mr. Lerma's parental rights regarding I.L. at the close of a termination hearing on January 17, 2008.  Mr. Lerma filed a notice of appeal on January 24, 2008.  There is no record that a final appealable order has been entered by the trial court.

Appellate courts generally have jurisdiction over final judgments, and such interlocutory orders as the Legislature deems appealable.  TEX.CIV.PRAC.&REM.CODE ANN. § 51.012 (Vernon 1997) and § 51.014 (Vernon Supp. 2007); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex.App.--El Paso 1997, no pet.).  Given the absence of a final appealable order in this case, we dismiss the appeal for want of jurisdiction.

May 15, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.